UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alonso Mora

                 Plaintiff(s)

v.

Lowe's Companies, Inc., et. al.

                 Defendant(s)

CASE No C 4:20-cv-09248-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Parties intend to pursue private mediation through Judicate West.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: August 10, 2021

Date: 2/8/21

                                              Attorney for Plaintiff

Date: 2/9/21

                                              Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 2/10/2021

                                              U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

    **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Michael Martinovsky, Esq.<br>Law Offices of Michael Martinovsky, P.C.<br>1925 Francisco Boulevard, Suite 17<br>San Rafael, CA 94901<br>Tel: (415) 230-5360<br>Fax: (415) 230-5361<br>Email: *michael@martinovskylaw.com* | Attorneys for Plaintiff,<br>ALONSO MORA |

5. a. **X** **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed during the Coronavirus (Covid-19) pandemic and pursuant to **Local Rule 135 and Fed.R.Civ.P. Rule 5,** this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 2/9/2021 | Belinda A. Porras | *Belinda A. Porras* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\31000-000\31717\Pleadings\FEDERAL\POS re ADR Stip.docx