STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail: sforman@tharpe-howell.com**
**E-Mail: abreuer@tharpe-howell.com**

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONSO MORA,<br><br>                        Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., a North Carolina Corporation; LOWE'S HOME CENTERS, LLC, a North Carolina Limited Liability Company, and DOES 1 through 20, inclusive<br><br>                        Defendants. | CASE NO.: 4:20-cv-09248-HSG<br>*[San Francisco Superior Court Case No.: CGC-20-583249]*<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[Assigned to Hon. Haywood S. Gilliam, Jr., U.S. District Judge] |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, ALONSO MORA is hereby dismissed in its entirety, with prejudice.

Dated: _____6/23/2021_____        By: _Haywood S. Gill Jr._
                                                                    U.S. DISTRICT COURT JUDGE

- 1 -
**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**